Mr. Justice Barnes delivered the opinion of the court.

Minnie Dashner, appellee, v. Federal Life Insurance Company, appellant. Gen. No. 34,274.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed October 14, 1930.

Jerome F. Kutak, for appellant. Rosenthal, Hamill & Wormser, for appellee; Willard L. King and George W. Gale, of counsel.
Mr. Justice Barnes delivered the opinion of the court.